Janet R. Shimer, Respondent, v. Emma H. Sterrett, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the

Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.